■ HELEN DARRINGER, Appellant, v DONALD FURTSCH, Respondent, and CITY OF WHITE PLAINS, Appellant. [640 NYS2d 777] —In an action to recover damages for personal injuries, etc., the defendant City of White Plains appeals from a decision of the Supreme Court, Weschester County (Scarpino, J.), dated February 27, 1995.

Ordered that the appeal is dismissed, without costs or disbursements, as no appeal lies from a decision (*see, Schicchi v Green Constr. Corp.,* 100 AD2d 509). An appeal from the judgment entered upon this decision was decided by this Court on March 11, 1996 (*see, Darringer v Furtsch,* 225 AD2d 577). Mangano, P. J., Thompson, Friedmann, Florio and McGinity, JJ., concur.

■ E.Q.K. GREEN ACRES, L.P., Respondent, v UNITED STATES FIDELITY & GUARANTY COMPANY, Appellant, and INTERNATIONAL MANAGEMENT CONSULTANTS, INC., Respondent. [640 NYS2d 765] —In an action, *inter alia,* for a judgment declaring the rights, duties, and liabilities of the parties, the defendant United States Fidelity & Guaranty Company purportedly appeals from an order of the Supreme Court, Nassau County (Murphy, J.), entered June 17, 1994.

Ordered that the appeal is dismissed, without costs or disbursements.

The notice of appeal purports to take an appeal from an order entered June 17, 1994. No such order exists in the record. To the extent that the notice of appeal can be construed as an attempt to appeal from an order entered August 23, 1994, we note that the appellant was not aggrieved by that order (*see,* CPLR 5511). Sullivan, J. P., Copertino, Pizzuto and Florio, JJ., concur.